**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Telephone: (609) 924-0808
Facsimile: (609) 452-1888
*Attorneys for Amboy Bank*

**Order Filed on February 8, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MICHELE FREEMAN fka MICHELE SALMONESE fka MICHELE FREEMAN-SALMONESE dba INDUSTRIAL STEAM CLEANING OF N.J., LLC dba INDUSTRIAL STEAM CLEANING OF NEW JERSEY,

Debtor.

Chapter 13

Case No. 17-18265 (MBK)

Judge: Michael B. Kaplan, U.S.B.J.

Hearing: February 6, 2018 at 10:00 a.m.

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**AND CO-DEBTOR STAY AS TO REAL**
**PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE**
**TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN AS**
**6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: February 8, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor(s): Michele Freeman fka Michele Salmonese fka Michele Freeman-Salmonese dba Industrial Steam Cleaning of N.J., LLC dba Industrial Steam Cleaning of New Jersey
Case No. 17-18265 (MBK)
Caption of Order: **ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN 6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

This matter having been opened to the Court by Hill Wallack LLP, attorneys for Amboy Bank ("Amboy") under Bankruptcy Code Section 362(d)(1) for relief from the automatic stay, and Bankruptcy Code Section 1301(c) for relief from the co-debtor stay with respect to Marie Freeman DiPinto ("Co-Mortgagor") as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay, including the co-debtor stay pursuant to Section 1301(c), is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose the mortgage(s) held by the movant, including an eviction action, to pursue the movant's rights in the following:

[X]    Real Property more fully described as:

    Land and Premises commonly known as 6 Tunica Court, Old Bridge, New Jersey 08857 and also known as Block: 15537, Lot: 25, as shown on the Tax Map of the Township of Old Bridge, Middlesex County and State of New Jersey

[ ]    Personal property more fully described as:

It is further **ORDERED** that the movant may join the Debtor, the Co-Mortgagor, and the Trustee as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

2

Page 3
Debtor(s): Michele Freeman fka Michele Salmonese fka Michele Freeman-Salmonese dba Industrial Steam Cleaning of N.J., LLC dba Industrial Steam Cleaning of New Jersey
Case No. 17-18265 (MBK)
Caption of Order: **ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN 6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

The movant shall serve this order on the Debtor, the Debtor's attorney, Co-Mortgagor, and any trustee and any other party who entered an appearance on the motion.