**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Telephone: (609) 924-0808
Facsimile: (609) 452-1888
*Attorneys for Amboy Bank*

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELE FREEMAN fka MICHELE SALMONESE fka MICHELE FREEMAN-SALMONESE dba INDUSTRIAL STEAM CLEANING OF N.J., LLC dba INDUSTRIAL STEAM CLEANING OF NEW JERSEY,

Debtor.

Chapter 13

Case No. 17-18265 (MBK)

Judge: Michael B. Kaplan, U.S.B.J.

Hearing: February 6, 2018 at 10:00 a.m.

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN AS 6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 8, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor(s): Michele Freeman fka Michele Salmonese fka Michele Freeman-Salmonese dba Industrial Steam Cleaning of N.J., LLC dba Industrial Steam Cleaning of New Jersey
Case No. 17-18265 (MBK)
Caption of Order: **ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN 6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

This matter having been opened to the Court by Hill Wallack LLP, attorneys for Amboy Bank ("Amboy") under Bankruptcy Code Section 362(d)(1) for relief from the automatic stay, and Bankruptcy Code Section 1301(c) for relief from the co-debtor stay with respect to Marie Freeman DiPinto ("Co-Mortgagor") as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay, including the co-debtor stay pursuant to Section 1301(c), is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose the mortgage(s) held by the movant, including an eviction action, to pursue the movant's rights in the following:

[X]    Real Property more fully described as:

Land and Premises commonly known as 6 Tunica Court, Old Bridge, New Jersey 08857 and also known as Block: 15537, Lot: 25, as shown on the Tax Map of the Township of Old Bridge, Middlesex County and State of New Jersey

[ ]    Personal property more fully described as:

It is further **ORDERED** that the movant may join the Debtor, the Co-Mortgagor, and the Trustee as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

2

Page 3
Debtor(s): Michele Freeman fka Michele Salmonese fka Michele Freeman-Salmonese dba Industrial Steam Cleaning of N.J., LLC dba Industrial Steam Cleaning of New Jersey
Case No. 17-18265 (MBK)
Caption of Order: **ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT LOT 25, IN BLOCK 15537 ON THE TAX MAP OF THE TOWNSHIP OF OLD BRIDGE, BEING COMMONLY KNOWN 6 TUNICA COURT, OLD BRIDGE, NEW JERSEY 08857**

The movant shall serve this order on the Debtor, the Debtor's attorney, Co-Mortgagor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Michele Freeman  
      Debtor

Case No. 17-18265-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 08, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.  
db        +Michele Freeman,    6 Tunica Court,    Old Bridge, NJ 08857-1847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank eak@hillwallack.com, jhanley@hillwallack.com  
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael Douglas Power    on behalf of Debtor Michele Freeman power@lemonlawonline.com  
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 8