Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18265−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michele Freeman
  dba Industrial Steam Cleaning of New
  Jersey, dba Industrial Steam Cleaning of
  N.J., LLC, fka Michele Salmonese, fka
  Michele Freeman−Salmonese
  6 Tunica Court
  Old Bridge, NJ 08857

Social Security No.:
  xxx−xx−5121

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: slf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                 Case No. 17-18265-MBK
Michele Freeman                                                        Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2         Date Rcvd: Feb 22, 2018
                               Form ID: 148               Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db             +Michele Freeman,    6 Tunica Court,   Old Bridge, NJ 08857-1847
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487,    UNITED STATES 33487-2853
516881471      +AmTrust North America, Inc. on behalf of   Rochdale Insurance Company,
                 c/o Maurice Wutscher LLP,   2000 Auburn Drive, Suite 200,   Beachwood, OH 44122-4328
516783820      +Amboy Bank,    Attn: Michael Kahme, Esq.,   Hill Wallack LLP,    21 Roszel Road,   PO Box 5226,
                 Princeton, NJ 08543-5226
516783819      +Amboy Bank,    3590 US Highway 9,    PO Box 1076,   Old Bridge, NJ 08857-1076
517063205      +Amboy Bank,    3590 U.S. Highway 9,    Old Bridge, NJ 08857-3523
517064884      +Amboy Bank,    c/o Hill Wallack LLP,,   Attn: Elizabeth Holdren,    21 Roszel Road,
                 Princeton, NJ 08540-6205
516783822      +American Express,    Attn: Zwicker and Associates PC,    1101 Laurel Oak Road Suite 130,
                 Voorhees, NJ 08043-4322
516783823      +Amex DSNB,    PO Box 183084,    Columbus, OH 43218-3084
516783824      +Chase Bank,    Attn: Nationwide Credit Inc,   PO Box 26314,    Lehigh Valley, PA 18002-6314
516783826       Chase Card,    201 N Walnut Street,   DE1 1027,   Wilmington, DE 19801
516783827      +Custom Landscaping and Lawn,    Attn: Transworld Systems Inc,    507 Prudential Road,
                 Horsham, PA 19044-2308
516783828      +Dell Financial Services, LLC,    Attn: ARS National Services Inc.,    PO Box 469046,
                 Escondido, CA 92046-9046
517059744       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516832853      +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
516783834      +FleetMatics USA,    Attn: Obrien and Taylor,   175 Fairfield Avenue,    PO Box 505,
                 West Caldwell, NJ 07007-0505
516783838      +Macys,    PO Box 9001094,    Louisville, KY 40290-1094
516783844      +Progressive Insurance,    Attn: Caine and Weiner,   4101 McEwen Road,    Dallas, TX 75244-5112
516783845       Rochdale Insurance Company,    Attn: Bethune Associates14435 N 7th Stre,    Suite 201,
                 Phoenix, AZ 85022
516783846      +Santander Bank,    Attn: FH Cann and Associates Inc,    1600 Osgood Street Suite 20 2 120,
                 North Andover, MA 01845-1048
516783847      +Synchrony Bank PC Richard,    Attn: Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk VA 23502-4952
516783855      +Toyota Financial Services,    PO Box 9550,   Cedar Rapids, IA 52409-9550
516783858      +Toyota Motor Credit Corp,    Attn: Central Credit Services LLC,    20 Corporate Hills Drive,
                 Saint Charles, MO 63301-3749
516783859      +Verizon,    Attn: Receivables Performance Management,    20816 44th Avenue W,
                 Lynnwood, WA 98036-7744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Feb 22 2018 23:43:00      United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,   970 Broad Street,   Suite 700,   Newark, NJ 07102-2535
516995096       EDI: BECKLEE.COM Feb 22 2018 23:43:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516783821      +EDI: AMEREXPR.COM Feb 22 2018 23:43:00      Amex,   PO Box 981537,   El Paso, TX 79998-1537
517039552       EDI: BL-BECKET.COM Feb 22 2018 23:43:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516783825      +EDI: CHASE.COM Feb 22 2018 23:43:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516783830      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 00:06:56      Ditech Financial LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517056885       E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 00:06:56
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516783831      +EDI: CCS.COM Feb 22 2018 23:43:00      Drive New Jersey Insurance Company,
                 Attn: Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
516783832      +EDI: CCS.COM Feb 22 2018 23:43:00      Farmers Insurance Group,
                 Attn: Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
516783833      +EDI: JEFFERSONCAP.COM Feb 22 2018 23:43:00      First Premier Bank,
                 Attn: Jefferson Capital Systems LLC,   16 McLeland Road,   Saint Cloud, MN 56303-2198
516783836       EDI: CBSKOHLS.COM Feb 22 2018 23:43:00      Kohls Capital One,   PO Box 3115,
                 Milwaukee, WI 53201-3115
516783837      +EDI: CBSKOHLS.COM Feb 22 2018 23:43:00      Kohls Capone,   PO Box 2983,
                 Milwaukee, WI 53201-2983
516783835      +EDI: CBSKOHLS.COM Feb 22 2018 23:43:00      Kohls Capone,   N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
516783841      +EDI: TSYS2.COM Feb 22 2018 23:43:00      MCYDSNB,   PO Box 8218,   Mason OH 45040-8218
516783840      +EDI: TSYS2.COM Feb 22 2018 23:43:00      MCYDSNB,   PO Box 183083,   Columbus, OH 43218-3083
516783839       EDI: TSYS2.COM Feb 22 2018 23:43:00      Macys Dsnb,   911 Duke Blvd,   Mason, OH 45040
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2018
                              Form ID: 148             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517064966         EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
                    Norfolk, VA 23541
516783842        +EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery A,   120 Corporate Blvd,   Ste 100,
                    Norfolk, VA 23502-4952
516783843        +EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                    Norfolk, VA 23502-4952
516903438         EDI: Q3G.COM Feb 22 2018 23:43:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                    PO Box 788,   Kirkland, WA 98083-0788
516783850         EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb Care Credit,   PO Box 965036,
                    Orlando, FL 32896-5036
516783849        +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb Care Credit,   950 Forrer Blvd,
                    Kettering, OH 45420-1469
516783851        +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb Pc Richard,   PO Box 965036,
                    Orlando, FL 32896-5036
516786172        +EDI: RMSC.COM Feb 22 2018 23:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                    PO Box 41021,   Norfolk, VA 23541-1021
516783848        +EDI: RMSC.COM Feb 22 2018 23:43:00      Synchrony Financial,   PO Box 960061,
                    Orlando, FL 32896-0061
516783854        +E-mail/Text: marisa.sheppard@timepayment.com Feb 23 2018 00:07:20      Timepayment Corp,
                    10M Commerce Way,   Woburn, MA 01801-8000
516783852        +E-mail/Text: marisa.sheppard@timepayment.com Feb 23 2018 00:07:20      Timepayment Corp,
                    1600 District Ave,   Suite 200,   Burlington, MA 01803-5233
516783857        +EDI: TFSR.COM Feb 22 2018 23:43:00      Toyota Motor Credit,   PO Box 4102,
                    Carol Stream, IL 60197-4102
                                                                                               TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516783829*       +Department of the Treasury,   Internal Revenue Service,   PO Box 804527,
                    Cincinnati, OH 45280-4527
516809342*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516783853*       +Timepayment Corp,   1600 District Ave,   Suite 200,   Burlington, MA 01803-5233
516783856*       +Toyota Financial Services,   PO Box 9550,   Cedar Rapids, IA 52409-9550
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Elizabeth K. Holdren    on behalf of Creditor   Amboy Bank eak@hillwallack.com,
               jhanley@hillwallack.com
              Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Douglas Power    on behalf of Debtor Michele  Freeman power@lemonlawonline.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```